1 | TRACY L. WILKISON
Acting United States Attorney
2 | DAVID M. HARRIS
Assistant United States Attorney
3 | Chief, Civil Division
RICHARD M. PARK
4 | Assistant United States Attorney
Acting Chief, Financial Litigation Section
5 | LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
6 |     Federal Building, Suite 7516AA
    300 North Los Angeles Street
7 |     Los Angeles, CA 90012
    Telephone: (213) 894-8341
8 |     Facsimile: (213) 894-7819
    Email: louisa.kirakosian@usdoj.gov
9
Attorneys for Plaintiff
10 | UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>KELLI DAVIS,<br><br>             Defendant. | **No. SACV 21-1218**<br><br>[CR 03-41-WJR]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE STIFEL, NICOLAUS & COMPANY, INCORPORATED**<br>**[28 U.S.C. § 3205(b)]**<br><br>**AND**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR**<br>**[28 U.S.C. § 3202(b)]** |

1  The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies
2  for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment
3  on the criminal judgment debt entered in *United States v. Kelli Davis*, CR 03-41-WJR.
4  In connection with this request, the United States also seeks the issuance of a Clerk's
5  Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States
6  as an attachment to this application.
7  On September 13, 2004, the District Court of the United States in the Central
8  District of California entered an order imposing the following criminal judgment debt:
9  - Restitution: $2,146,564.00
10 - Special assessment: $600.00
11  The defendant-judgment debtor is Kelli Davis, Social Security Number XXX-XX-
12 0982, currently resides in Laguna Niguel, California.
13  As of July 16, 2021, Defendant's criminal debt balance is $1,618,034.20. Demand
14 for payment of the above-stated debt was made upon Defendant more than thirty (30)
15 days before the date of this application, and Defendant has not paid the amount due.
16  Garnishee Stifel, Nicolaus & Company, Incorporated is believed to owe or will
17 owe, money or property to Defendant, or is in possession of property of Defendant, and
18 Defendant has a substantial nonexempt interest in the property. Specifically, it is
19 believed that funds, assets, or property belonging to Kelli Davis are currently in Stifel,
20 Nicolaus & Company, Incorporated's custody, control, or possession. By and through
21 this Writ of Garnishment, the United States seeks to take the funds or property from
22 Kelli Davis currently held by Stifel, Nicolaus & Company, Incorporated to secure
23 payment towards the criminal judgment debt. 28 U.S.C. § 3205 (b)(1)(C).
24 ///
25 ///
26 ///
27
28

The name and address of Garnishee or the Garnishee's authorized agent is:

**Stifel, Nicolaus & Company, Incorporated**
**c/o C T Corporation System**
**330 North Brand Boulevard**
**Suite 700**
**Glendale, California 91203**

Dated: July 16, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section

/s/ *Louisa O. Kirakosian*
LOUISA O. KIRAKOSIAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America